# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **NORWOOD COOK,** ) | |
| ) | |
| Plaintiff, ) | Case No. 7:14CV00064 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| **FEDERAL BUREAU OF PRISONS &** ) | By: James P. Jones |
| **SECOR, INC.,** ) | United States District Judge |
| ) | |
| Defendants. ) | |

For the reasons stated in the accompanying Opinion, it is **ORDERED** that the petition for a writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED without prejudice, and this action is stricken from the active docket of the court.

ENTER: February 21, 2014

/s/ James P. Jones
United States District Judge